**STATE of Missouri, Respondent,**

v.

**Carroll E. GOODMAN, Appellant.**

**No. WD 35,447.**

Missouri Court of Appeals, Western District.

Oct. 9, 1984.

James W. Fletcher, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from conviction for second degree burglary, § 569.170, R.S.Mo.1978, and sentence of four years imprisonment.

Affirmed. Rule 30.25(b).